**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

United States of America

    v.                                Criminal No. 96-cr-108-01-JD

Emilio Encarnacion


**O R D E R**

Emilio Encarnacion has filed a "Leave To Proceed In Forma Pauperis" motion and a "Motion To Withdraw Voluntarily As Judge" in what he claims is a "writ of audita querela" action.  There is no such writ pending here and thus no case or controversy and no subject matter jurisdiction to consider the motions.[1]  They are both denied without prejudice.

    **SO ORDERED.**

                                          _____
                                          James R. Muirhead
                                          United States Magistrate Judge

Date: September 20, 2005

cc:   Terry L. Ollila, Esq.
      Bjorn R. Lange, Esq.

---

[1] It is unclear what Encarnacion is seeking but the writ of audita querela is not available to a federal prisoner where the merits of his claims were addressed in a prior § 2255 petition. U.S. v. Miller, 8 Fed. Appx. 753 (9th Cir. 2001).